Case 4:21-cr-00408   Document 1   Filed on 07/29/21 in TXSD   Page 1 of 4

United States Courts
Southern District of Texas
FILED
*July 29, 2021*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **V.** | § § | **CRIMINAL NO. 4:21-cr-408** |
| | § § § | |
| **KAVEH ERSHADI** | § | |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE-FOUR
### WIRE FRAUD
### (Title 18 U.S.C. § 1343)

On or about September 13, 2018 through July 2019 in the Southern District, of Texas the defendant,

### KAVEH ERSHADI

the defendant did knowingly devise and intend to devise a scheme and artifice to defraud, and for obtaining money by means of false and fraudulent pretenses, and in the execution of said scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communications in interstate or foreign commerce, writings, signs, signals, pictures, or sounds, as more fully set forth below:

| Count | Date | Wire Communication |
|---|---|---|
| **Count 1** | 9/13/2018 | $120,224 paid by Leidos to Ipharma Supports Bank of America account xxxx1960 |
| **Count 2** | 7/3/2019 | $63,197.50 paid from NIH to Ipharma Supports Bank of America account xxxx1960. |
| **Count 3** | 12/31/2018 | $30,056 paid from Leidos to Ipharma Supports Bank of America account xxxx1960. |
| **Count 4** | 9/17/2018 | Ershadi sent an invoice via a fax communication to Washington University in the amount of $3,007.70 for a Cassette 10 medical equipment. |

In violation of Title 18, United States Code, Sections 1343.

## NOTICE OF CRIMINAL FORFEITURE
## 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C)

Pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C), the United States gives notice to the Defendant, **KAVEH ERSHADI,** that in the event of conviction of the offenses charged in Counts 1-4 of this Indictment, the United States intends to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses.

## Money Judgment

Defendant is notified that upon conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture in the approximate value of $216,485.

## Substitute Assets

Defendant is notified that in the event that property subject to forfeiture, as a result of any act or omission of Defendant,

    (A)    Cannot be located upon the exercise of due diligence;

    (B)    Has been transferred or sold to, or deposited with, a third party;

    (C)    Has been place beyond the jurisdiction of the court;

    (D)    Has been substantially diminished in value; or

    (E) Has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the Defendant up to the total value of such property pursuant to Title 21, United States Code, Section 853(p), incorporated by reference in Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JENNIFER LOWERY
ACTING UNITED STATES ATTORNEY

By: *Tina Ansari*
Tina Ansari
Assistant United States Attorney